IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00356-BNB

SCOTT DACKERY HORTON,

    Plaintiff,

v.

STATE OF COLORADO,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 2 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Scott Dackery Horton, currently is incarcerated at the North Fork Correctional Facility in Sayre, Oklahoma. He attempted to initiate this action by submitting *pro se* a document titled "Notice of Intent to Seek Federal Appellate Review." The Court reviewed the document and determined it was deficient. Therefore, in an order filed on February 21, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Horton to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The February 21, 2008, order pointed out that Mr. Horton failed either to pay the $350.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The February 21 order also pointed out that Mr. Horton failed to submit a complaint on the proper, Court-approved form. The order warned Mr. Horton that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. Mr. Horton has failed

within the time allowed to cure the deficiencies listed in the February 21 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 2 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00356-BNB

Scott Dackery Horton
Prisoner No. 122189
North Fork Correctional Facility
1605 East Main
Sayre, OK 73662

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/2/08

                                      GREGORY C. LANGHAM, CLERK

                                By: _____
                                              Deputy Clerk